U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 SEP 22 P 4: 39

DEPUTY CLERK

# UNITED STATES v. JEFFREY RICHARD

## SYNOPSIS – INDICTMENT

2:21-cr-150-JAW

| Name: | Jeffrey Richard | |
|---|---|---|
| Address:<br>(City & State Only) | Rumford, Maine | |
| Year of Birth and Age: | 1975 (46 years old) | |
| Violations: | Count 1: | Tax evasion.<br>26 U.S.C. § 7201. |
| | Counts 2–9: | Failure to pay over employment tax.<br>26 U.S.C. § 7202. |
| Penalties: | Counts 1–9: | Class D felony. Not more than 5 years imprisonment, and/or not more than a $250,000 fine.<br>26 U.S.C. §§ 7201, 7202; 18 U.S.C. § 3571(b)(3) |
| Supervised Release: | Counts 1–9: | Not more than 3 years.<br>18 U.S.C. § 3583(b)(2). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Counts 1–9: | Not more than 2 years.<br>18 U.S.C. § 3583(e)(3). |
| Maximum Additional Term of Supervised Release for Violation of Supervised Release: | Counts 1–9: | Not more than 3 years less term of imprisonment imposed upon revocation.<br>18 U.S.C. § 3583(h). |
| Defendant's Attorney: | TBD | |
| Primary Investigative Agency and Case Agent Name: | IRS-CI<br>Special Agent John Marini | |
| Detention Status: | Summons to be requested. | |
| Foreign National: | No | |
| Foreign Consular Notification Provided: | N/A | |

| County: | Oxford |
|---|---|
| AUSA: | Craig M. Wolff |
| Guidelines apply?   Y/N | Yes |
| Victim Case: | Yes |
| Corporate Victims Owed Restitution: | N/A |
| Assessments: | $100 per count.<br>18 U.S.C. § 3013(a)(2)(A). |