UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                  ) | CRIMINAL NO.:2:21-cr-150-JAW |
| ) | |
| JEFFREY RICHARD                    ) | |

## RECEIPT FOR SURRENDER OF PASSPORT

I hereby acknowledge receipt of Passport # 655560935 and Passport Card # C23550206 issued by United States of America, in the name of Jeffrey Paul Richard, surrendered to the Clerk, U.S. District Court, District of Maine, as a condition of release in the above-entitled case.

Date:  October 14, 2021                                         By: /s/ Robert Allen
                                                                                    Deputy Clerk

---

## RECEIPT FOR RETURN OF PASSPORT

I hereby acknowledge receipt of my Passport, as described above, from the Clerk, U.S. District Court, District of Maine.

Date: _____                      By: _____
                                                                        Signature of Passport Owner