## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.: 2:21-cr-150-JAW |
| | ) |
| JEFFREY RICHARD | ) |

PROCEDURAL ORDER

    The Court hereby ORDERS the parties to meet and confer within five (5) days of this date on all discovery and pretrial production matters in this case.

    The defendant shall file all pretrial motions not later than October 29, 2021.

    The defendant has requested that he be permitted until December 20, 2021, to prepare and file pretrial motions.  For good cause shown, the defendant's request is granted.  Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find the ends of justice served by such an enlargement of time outweigh the best interest of the public and of the defendant in a speedy trial.

    The time period commencing on October 29, 2021, and continuing through and including December 20, 2021, and the time period commencing on December 6, 2021, and continuing through and including February 1, 2022, are hereby excluded from consideration under the Speedy Trial Act.

    The government shall respond to each defense motion within 21 days of its filing.  The Court cautions the parties that the filing of any unnecessary motion may result in imposition of sanctions – the parties are to present to the Court by motion only genuine issues actually in dispute which the parties are unable to resolve in

conference.

The trial in this matter is hereby scheduled to commence before Judge Woodcock on February 1, 2022.

The Clerk shall be notified of any proposed change of plea not later than twenty-five (25) days from today.

/s/ John H. Rich III
U. S. MagistrateJudge

Dated: 10/15/2021.