UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 2:21-cr-150-JAW |
| | ) | |
| JEFFREY RICHARD | ) | |

MOTION FOR PAYMENT OF SUM
OF MONEY INTO DEPOSIT FUND OF THE COURT

NOW COMES **Jeffrey Richard**, by counsel and requests the Court enter an Order allowing the Clerk of this Court to accept for payment a sum of money into the Deposit Fund of the Court for application at the time of sentencing to any Court imposed criminal monetary penalties including restitution. In support and explanation of this motion counsel states:

1. Jeffrey Richard if facing a multi-count indictment charging tax evasion and failure to pay employment tax. (ECF # 1). Richard is on bond and working. (ECF # 15). Mr. Richard would like to begin making payment toward any tax arrearage that may eventually be found due.

2. Counsel has spoke with Maria Bida, the financial specialist in the U.S. Attorney's Office who informs counsel pre-conviction payments toward future court ordered restitution (here back taxes) can be made upon an Order from the Court allowing the Clerk of Court to accept payments into the court's Deposit Fund. Counsel confirmed this with Sarah McNamara, the financial specialist in the clerk's office. Similar orders have been entered in past cases. (See for example 2:18-cr-72-DBH, ECF # 229, 230 (docket entry, ORDER

granting without objection).

3.      Counsel has spoken to A.U.S.A Craig Wolff has no objection.

Wherefore, the defendant requests the Court order the Clerk of Court, to accept for payment a sum of money into the Deposit Fund of the Court for application at the time of sentencing to any Court imposed criminal monetary penalties including restitution.

DATE: May 6, 2022                        /s/ *David Beneman*
                                            David Beneman
                                            Attorney for Jeffrey Richard

David Beneman
Federal Defender
P.O. Box 595
Portland, Me 04112-0595
207-553-7070 ext. 6921
David_Beneman@fd.org

## CERTIFICATE OF SERVICE

I, **David Beneman**, attorney for **Jeffrey Richard**, hereby certify that I have served, electronically, a copy of the **within "MOTION FOR PAYMENT OF SUM OF MONEY INTO DEPOSIT FUND OF THE COURT"** upon **Craig Wolff**, Assistant United States Attorney, United States Attorney's Office, Portland, ME and all defense counsel of record via the ECF system.

                                                                 /s/ David Beneman
                                                                  David Beneman

DATE: May 6, 2022