# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:21-cr-00150-JAW |
| | ) | |
| **JEFFREY RICHARD** | ) | |

## SPEEDY TRIAL ORDER

This matter comes before the court upon the Defendant's Unopposed Motion to Continue Trial, Speedy Trial Waiver, and Incorporated Memorandum (ECF No. 33).

1. Counsel represents Jeffrey Richard is facing a multi-count indictment charging tax evasion and failure to pay employment tax. (ECF No. 1). Mr. Richard is on bond and working. (ECF No. 15). The case is currently on the November 7, 2022 trial list. ECF No. 31.

2. Counsel for the defense and government have met and are working toward a plea agreement. Additional time is needed to work out the terms of a plea agreement that address the tax obligation. Defense counsel needs additional time to complete the agreement with the Government and the defendant. The parties have been notified by the clerk that a Rule 11 change of plea hearing has been set for November 22, 2022 at 10:00 a.m. (ECF No. 32). That should allow the time needed to complete a written plea agreement. The Government has no objection to the granting of this motion.

3. The interests of justice to be served by the requested exclusion of time outweigh the interests of the defendant and the public in a speedy trial because the defense needs adequate time to review and evaluate the evidence and for resolution discussions. The Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A)(B)(ii)

       allows the court to enlarge time periods and exclude from calculation the time period involved here as the ends of justice served by this enlargement to allow adequate preparation by defense counsel outweigh the best interest of the public and the defendant in a speedy trial.

4.    After full consideration of the representations of counsel, and of the record, the Court incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by such an enlargement of time and continuance of trial outweigh the interests of the public and of the Defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

    1. The Motion is hereby **GRANTED**.
    2. The trial is continued to the December 5, 2022 trial list.
    3. The time period from November 7, 2022 through December 5, 2022 is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. ' 3161 *et seq*.

    **SO ORDERED.**

Dated this 19th day of October, 2022

                                                  /s/ John A. Woodcock, Jr.
                                                  JOHN A. WOODCOCK, JR.
                                                  UNITED STATES DISTRICT JUDGE