UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Number 2:21-CR-150-JAW |
| | ) | |
| JEFFREY RICHARD, | ) | |

ENTRY OF APPEARANCE

Peter E. Rodway, Esq., hereby enters his appearance on behalf of Jeffrey Richard.

Dated at Portland, Maine this 12th day of December, 2022.

/s/Peter E. Rodway, Esq.
Rodway & Horodyski
P.O. Box 444
Portland, Maine 04112-0444
(207)773-8449
peter@rodwaylaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

I hereby certify that on December 12, 2022, I electronically filed Entry of Appearance for Defendant Jeffrey Richard with the Clerk of Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Craig Wolff, and I hereby certify that on December 12, 2022, I e-mailed by United States Postal Service, the document to the following non-registered participant: Mr. Jeffrey Richard.

/s/Peter E. Rodway
Rodway & Horodyski
P.O. Box 444
Portland, Maine 04112-0444
(207)773-8449
peter@rodwaylaw.com