# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Crim. No. 2:21-cr-150-JAW |
| ) | |
| **JEFFREY RICHARD** ) | |

## MOTION TO WITHDRAW

Now comes **David Beneman**, Federal Defender, pursuant to District of Maine Local Rule 157.5(b) and requests permission to withdraw from representation in this case, attorney **Peter Rodway,** having entered his appearance as retained counsel. (ECF # 40).

WHEREFORE, it is requested this motion be granted.

Dated: December 12, 2022         /s/ *David Beneman*
                                 David Beneman, Esq.
                                 Attorney for Jeffrey Richard

David Beneman, Federal Defender
P.O. Box 595
Portland, Me 0412-0595
207-553-7070 ext. 101
David_Beneman@fd.org

1

## CERTIFICATE OF SERVICE

    I, **David Beneman**, attorney for **Jeffrey Richard**, hereby certify that I have served, electronically, a copy of the within "**MOTION TO WITHDRAW**" upon **Craig Wolff**, Assistant United States Attorney, United States Attorney's Office, 100 Middle Street, 6th Floor, East Tower, Portland, Maine, 04101, and attorney **Peter Rodway** and all counsel of record via the ECF system.

DATE: December 12, 2022

/s/ *David Beneman*
David Beneman

cc:
Jeffrey Richard