# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY RICHARD | No. 2:21-cr-00150-JAW |

## SPEEDY TRIAL ORDER

This matter comes before the Court upon the parties' Joint Motion for Continuance of Trial (ECF No. 62).

The defendant is charged by indictment with one count of tax evasion and eight counts of failure to pay over employment tax. The case is currently on the July 2023 trial list, with jury selection scheduled for July 5, 2023.

In the motion the parties represent: (1) The parties have arrived at a negotiated disposition to the case, but in light of the schedules of counsel and the Court it is not possible to schedule the guilty plea for a date prior to jury selection on July 5. After conferring regarding their availability, counsel for the parties have proposed July 18, 2023, at 2:00 p.m. for the change-of-plea hearing, and that date and time appear to work for the Court; (2) The parties request that the Court continue the trial date to the August 2023 trial list, to provide time to hold the change-of-plea hearing on July 18; and (3) The defendant voluntarily waives his rights under the Speedy Trial Act for the period of the requested continuance.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the

ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The joint motion is hereby **GRANTED**.

2. This case shall be placed on the August 1, 2023 trial list.

3. The time period from and including July 5, 2023, through August 1, 2023, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

**SO ORDERED.**

Dated this 16th day of June, 2023

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
U.S. DISTRICT JUDGE